# EXHIBIT B

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| COUNTY OF FORSYTH | 25-CVS-004549-330 |

JACKLYN IRIZARRY, REBECCA HERLIHY, and JESSICA HICKS,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

**NOTICE OF FILING NOTICE OF REMOVAL (28 U.S.C. § 1441(a))**

Please take notice that on this day, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed a Notice of Removal of this action from this Court to the United States District Court for the Middle District of North Carolina, thereby effecting removal of this action, and pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further. A true and accurate copy of this Notice of Removal, without exhibits, is attached hereto as Exhibit A.

This the 18th day of August, 2025.

    /s/ *Jason D. Evans*
    Jason D. Evans (State Bar No. 27808)
    jason.evans@troutman.com
    TROUTMAN PEPPER LOCKE LLP
    301 S. College Street, Suite 3400
    Charlotte, NC 28202
    Telephone: (704) 916-1502

    *Counsel for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2025, I served a copy of the foregoing, **NOTICE OF FILING NOTICE OF REMOVAL**, via U.S. Mail, postage prepaid, and via email, on:

Jacklyn Irizarry
2389 Church Street
Manasquan, NJ 08736
jackie.schachter@yahoo.com

Rebecca Herlihy
c/o Jacklyn Irizarry
2389 Church Street
Manasquan, NJ 08736
jackie.schachter@yahoo.com

Jessica Hicks
c/o Jacklyn Irizarry
2389 Church Street
Manasquan, NJ 08736
jackie.schachter@yahoo.com

/s/ *Jason D. Evans*
Jason D. Evans