# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
No. __:__-CV-___-___

| | |
|---|---|
| JACKLYN IRIZARRY, REBECCA HERLIHY, and JESSICA HICKS,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | **DECLARATION OF SEAN HALL IN SUPPORT OF WELLS FARGO BANK, N.A.'S NOTICE OF REMOVAL** |

I, Sean Hall, hereby declare and state as follows:

1. I am over the age of eighteen, I am of sound mind, and I am otherwise competent to make this Declaration of Sean Hall in Support of Wells Fargo Bank, N.A.'s ("Wells Fargo") Notice of Removal.

2. I submit this Declaration in support of removal of the above-captioned matter from the General Court of Justice, Superior Court Division of Forsyth County, North Carolina (the "State Court"), to the United States District Court for the Middle District of North Carolina.

3. I am authorized to make this Declaration on Wells Fargo's behalf. The facts set forth herein are true and correct and are based upon my personal knowledge, including information obtained from my review of business records generated in the ordinary course of Wells Fargo's business.

4. I am currently employed by Wells Fargo as a Senior Trust Officer. In the regular performance of my job functions, I am familiar with business records maintained by Wells Fargo in connection with the administration of trusts, and I am also familiar with the Vita Lefkowitz Trust, dated August 18, 1994, which forms the basis of this action.

5. Wells Fargo is a national association with its main office located in Sioux Falls, South Dakota.

6. Based on my review of Wells Fargo's records, Plaintiff Jacklyn Irizarry is a resident of New Jersey, Plaintiff Rebecca Herlihy is a resident of New Jersey, and Plaintiff Jessica Hicks is a resident of North Carolina.

Under penalty of perjury, I declare the foregoing statements to be true and accurate to my knowledge and belief.

This the 15 day of August, 2025.

_____
Sean Hall
Senior Trust Officer
Wells Fargo Bank, N.A.